**Order entered October 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00002-CR

**ANGEL RIVERA III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-71649-S**

## ORDER

The State's first motion for an extension of time to file its brief is GRANTED and the

Clerk of the Court is hereby ordered to file the State's brief tendered to the Court.

/s/     LANA MYERS
        JUSTICE